# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 30, 2018

### NO. 03-18-00606-CR

### Ex parte Rafael Perez

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Rafael Perez has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Rafael Perez to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.